THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION



FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 JAN -9 AM 11: 36
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | | |
|---|---|---|
| **Robert G. Henderson** | : | Case No 2:23CV14 |
| **Plaintiff** | : | |
| | : | January ____, 2023 |
| | : | |
| **JR Schugel** | : | |
| **Defendant** | : | |

## PLAINTIFF ADMENDED COMPLAINT

I Robert G. Henderson, Respectfully Submit unto this court an Admendment unto the charges filed within this court, concerning charges brought against the defendant J.R. Schugel Transportation.

1). In a haste I Robert G. Henderson failed to add Pertinent information unto the Complaint against Saddle Creek Transportation.

2). I Robert G. Henderson now seeks to add Exhibit's (1-8) which will hopefully give a visual unto the nature of the Charges, (complaint).

### INJURIES

    1). Head Trauma resulting in;

        a). Concussion

        b). Blurred Vision

        c). Severe Headaches

        d). A torn Meniscus of the Left Knee

  e). injury to my Lower Back

  f). Contusion to my chest wall, whereby I have a Aortic Valve Replacement

  g). In Which I now have slowness of breath

  h). I am in need of real Medical Care.

  I). I have be Diagnois with Post Traumatic Stress Disorder

For J.R. Schugel is responsible for its employees and their action while working for there Company, and J.R. Schugel Transportation Driver did cause me Personal Injury resulting is several Injuries.

I truly got to see Racism and Discrimination at it best, I seen it by way of the Police Officers that was dispatched to the scene, what they did and did not do what they said and did not say. I didn't even file a complaint against them due to there actions, that early morning was like standing on a island all by myself. Those Police officers would not even allow me to file charges against my attacker, even though my attacker admitted to assaulting me in a statement and to them verbality. I could of have permanent brain damage, when I hit the concrete with my head, but I do have damages, and yet have I been able to get the medical care I deserve to correct my injuries. This is truly a nightmare like a video that plays in my head over and over, that I couldn't even defend myself because had I hurt that person I would be in jail. I just want my day in court, I want to tell what I experience, and how I am now being treated by these companies.

I Robert G. Henderson did file Assault charges against my Attacker. After having my attacker's, Lawyer come to me and asking me if there is another way to resolve this matter, I Robert G. Henderson did come to a different resolution;

  1). I required my Attacker to apologize

2). To apologize for calling me a Racial Slur       Case no 21/16887

3). To apologize for attacking me

4). To apologize for causing me serious injuries

There is also a Video of thee Court hearing. Even after my attacker Pled Guilty to everything, Saddle Creek Transportation still takes the Position that I Robert G. Henderson had to do something to cause my attacker to assault me. After a year I am still fighting to receive Medical Care for the injuries that I sustained on 11-11-21 on Saddle Creek Transportation property. As far as I am concerned, Saddle Creek Transportation is still Harassing me and causing me continued harm, by not allowing me the medical attention I deserve. One cannot go around and make anyone do anything by causing them physical harm, so I choose the path that I have chosen, bring it before the Courts.

_____

Robert G. Henderson